IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 16-CV-0875-MSK-KMT

DAVID DALRYMPLE,

    Plaintiff,

v.

LOIS A. ROSA, Assistant Warden, KCCC;
TAYLOR, Unit Manager, KCCC; and
SWARTZ, Property Officer, KCCC,

    Defendants.

## ORDER ON MOTION TO STAY RESPONSE DEADLINE

**THIS MATTER** comes before the Court upon the Plaintiff's Motion to Stay Response Deadline contained in his Response (**# 73**) to the Defendants' Motion for Summary Judgment.

For whatever reason, the motion to stay was not registered in the Court's docketing system as a pending motion. Regardless, the Court finds that good cause existed to stay his response deadline in light of his Motion to Amend the Complaint (**# 68**). Now, given the Court's denial of that motion (**# 80**), and given Mr. Dalrymple's representation that he is ready to proceed with a response to the motion for summary judgment in a letter dated October 18, 2017 (**# 82**), Mr. Dalrymple's motion to stay is **GRANTED**. Mr. Dalrymple has until November 24, 2017, to prepare and submit his response. Mr. Dalrymple is free to move the Court for further extension, but will need to establish good cause for doing so.

1

Dated this 24th day of October, 2017.

BY THE COURT:

*Marcia S. Krieger*

Marcia S. Krieger
United States District Court