IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Case No. <u>1:16-cv-00875-MSK-KMT</u>          Date

Case Title: <u>David Dalrymple v. Lois A. Rosa, Taylor and Swartz</u>

## JOINT WITNESS LIST

| WITNESS | TIME ESTIMATED FOR EXAMINATION |
|---|---|
| Plaintiff, David Dalrymple | 2-3 hours |
| Defendant Lois Rosa | 1 hour |
| Defendant Adam Schwartz | 1 hour |
| Michael Miller (may call) | 1 hour |
| Representative of the Idaho Attorney General's Office (may call) | 1 hour |
| Representative of CoreCivic (may call) | 1 hour |
| Representative of Colorado Department of Corrections (may call) | 1 hour |
| Representative of Idaho Department of Corrections (may call) | 1 hour |